IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANNIE GEORGE, Individually, and
BOBBY GEORGE, Husband and Wife,

    Plaintiffs,

    v.                                   No. CV 18-403 KWR-SCY

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

Plaintiffs and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with each party to bear its own costs.

This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                                            Respectfully submitted,

                                            FRED J. FEDERICI
                                            Acting United States Attorney

                                            */s/ Roberto D. Ortega, 3/22/21*
                                            ROBERTO D. ORTEGA
                                            Assistant U.S. Attorney
                                            P.O. Box 607
                                            Albuquerque, NM 87103
                                            505.346.7274
                                            Roberto.ortega@usdoj.gov

                                            *Electronic approval Ted Barudin, 3/11/21*
                                            THEODORE W. BARUDIN
                                            7900 Menaul Blvd. N.E.
                                            Albuquerque, NM 87110
                                            505-332-1800
                                            tbarudin@barudinlaw.com
                                            Attorney for Plaintiffs